COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Appellate case name:         In the Interest of I.T.S. aka B.G.H., a child

Appellate case number:     01-13-00556-CV

Trial court case number:    2012-01859J

Trial court:              313th District Court, Harris County

The court requests that the district clerk in the above-referenced case supplement the record on appeal with the following original exhibit:

> CD of medical records admitted during the June 4, 2013 termination hearing, reflected in reporter's record p. 44.

The Clerk of this Court is directed to cooperate with the district clerk and/or court reporter to provide for the safekeeping, transportation, and return of such exhibit. *See* TEX. R. APP P. 34.6(g)(2).

The exhibit is due in this Court no later than August 19, 2013.

It is so ORDERED.

Judge's Signature:     Jane Bland_____
                        Acting Individually

Date:                August 8, 2013_____